```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
 5
 6
                  IN THE UNITED STATES DISTRICT COURT
 7
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9
    UNITED STATES OF AMERICA,     )   CASE NO. 2:09-MJ-362 EFB
10                                )
                 Plaintiff,       )
11                                )   STIPULATION AND
         v.                       )   ORDER REGARDING ELECTRONIC
12                                )   MONITORING
                                  )
13  WILLIAM MURRAY,               )
                                  )
14               Defendant.       )
    _____)
15
```

   The United States and the Defendant jointly request and stipulate that the Court add the following to the Defendant's pretrial release conditions:

   You shall participate in the following home confinement program components and abide by all the requirements of the program, which <u>will</u> include electronic monitoring:

   (1) CURFEW: You are restricted to your residence every day from 10:00 p.m. to 6:00 a.m. as directed by the pretrial services officer; and

   (2) You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by

1  |         the Pretrial Services Agency and employees of the
2  |         monitoring company.
3  |     These proposed additional conditions have been discussed
4  | with the Pretrial Services Officer, and she has no objection
5  | thereto.
6  |                                     Respectfully Submitted,
7  |                                     BENJAMIN B. WAGNER
   |                                     United States Attorney
8  |
9  | DATE: December 7, 2009         By:   /s/ Matt Segal
   |                                     MATTHEW D. SEGAL
10 |                                     Assistant U.S. Attorney
11 |
   | DATE: December 7, 2009               /s/ Don Heller by MDS
12 |                                     DON HELLER
   |                                     Counsel for Defendant
13 |
14 | **SO ORDERED.**
15 | Dated:  December 18, 2009
16 |                                     EDMUND F. BRENNAN
   |                                     UNITED STATES MAGISTRATE JUDGE
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

2