UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

DEC 17 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG. 09-0362-EFB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| WILLIAM MURRAY, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release WILLIAM MURRAY, Case No. MAG. 09-0362-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_ Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $300,000.00

  _X_   Appearance Bond with Surety

  \_\_   Unsecured Appearance Bond

  _X_   (Other) Conditions as stated on the record

  _X_   (Other) Secured bond paperwork to be filed with the Court by 12/22/09.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 12/17/09 at 2:45 pm

By _____
Edmund F. Brennan
United States Magistrate Judge