BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM MURRAY,<br><br>    Defendant. | CASE NO. 2:09-MJ-362 EFB<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |

On December 17, 2009, the parties agreed that time beginning December 17, 2009 and extending through February 12, 2010 should be excluded from the calculation of the time for the filing of an information or indictment under the Speedy Trial Act.  18 U.S.C. § 3161(b).  Further, the Defendant consented to an extension of the time for preliminary examination until February 12, 2010. Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  In particular, the time was required so that the government and defense could evaluate the evidence in the case, exchange information, and discuss the location of assets

1

material to forfeiture determinations.  The parties submit that this interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, in accordance with Title 18, United States Code, § 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases, in accordance with Fed. R. Crim. P. 5(d).

                                      Respectfully Submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATE: February 11, 2010      By:   /s/ Matt Segal
                                      MATTHEW D. SEGAL
                                      Assistant U.S. Attorney

                                      /s/ Donald H. Heller
DATE: February 11, 2010
                                      DONALD H. HELLER
                                      Counsel for William Murray

                              **SO ORDERED.**
However, because an information was filed February 10, 2010, the Speedy Trial Act need only be tolled to that day. See 18 U.S.C. § 3161(b) requiring the *filing* of an infomation or indictment.

DATE: <u>February 12, 2010</u>        <u>/s/ Gregory G. Hollows</u>
                                      HON. GREGORY G. HOLLOWS
                                      U.S. Magistrate Judge

murray362.ord